Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice* to be filed)
Jennifer Greenblatt (*pro hac vice* to be filed)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice* to be filed)
Emma C. Neff, M.D., J.D. (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eneff@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNILOC USA, INC., et al., | Case No.: 3:18-cv-00359-WHA |
|---|---|
| Plaintiffs, | **DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| v. | |
| APPLE INC., | DATE: Thursday, April 26, 2018 |
| Defendant. | TIME: 8:00 a.m.<br>COURTROOM: 12, 19th Floor<br>JUDGE: Hon. William Alsup |
| | [Filed Concurrently with Declaration of Michael T. Pieja, Exhibits, and Proposed Order] |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on April 26, 2018 in Courtroom 12 of the United States District Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable William Alsup, Defendant Apple Inc. ("Apple") will and hereby does respectfully move this Court for an order granting Apple's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is based upon this Notice of Motion, the previously filed Motion to Dismiss and the exhibit attached thereto (Ex. 2)[1], the Reply in support of the Motion (Ex. 4), the Proposed Order filed concurrently herewith, any evidence on file in this action, and upon further oral or documentary evidence as the Court shall consider prior to or at the time of the hearing on this Motion. Apple filed its Motion to Dismiss on December 1, 2017, when this case was venued in the Eastern District of Texas.

The Motion has been fully briefed (Exs. 2-5).

## STATEMENT OF RELIEF REQUESTED

The Court should dismiss Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A.'s Amended Complaint (Ex. 1) for failing to state any claims upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

DATED:  March 8, 2018                          Respectfully submitted,


                                                _/s/ Michael T. Pieja_____
                                               Michael T. Pieja (CA Bar No. 250351)
                                               Alan E. Littmann (*pro hac vice* to be filed)
                                               Jennifer Greenblatt (*pro hac vice* to be filed)
                                               Doug Winnard (CA Bar No. 275420)

---

[1] On August 22, 2017, this action was consolidated with other related cases in the Eastern District of Texas, with the Lead Case determined to be Cause No. 2:17-cv-00470-JRG. Apple's Motion to Dismiss, any related documents, and Uniloc's Amended Complaint, were subsequently filed in the Lead Case, as required by the Court in the Eastern District of Texas. This action was subsequently transferred to this District, where it is not presently consolidated with any other action. As a result, the docket entries pertaining to the motion were not transferred to the docket of the present case. When Apple previously noticed the present motion before Judge White, it attached the relevant pleadings to its notice of motion. For ease of reference, these documents are attached hereto again as exhibits to the Declaration of Michael T. Pieja.

Andrew J. Rima (*pro hac vice* to be filed)
Emma C. Neff, M.D., J.D. (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eneff@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

1

<u>**PROOF OF SERVICE**</u>

2    The undersigned hereby certifies that a true and correct copy of **DEFENDANT APPLE**

3    **INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED**

4    **COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** has been served on March 8, 2018, to

5    all counsel of record who are deemed to have consented to electronic service via the Court's

6    CM/ECF system per Civil L.R. 5-1(h)(1).

7

8    */s/ Michael T. Pieja*
     _____
9    Michael T. Pieja (CA Bar No. 250351)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28