JAMES J. FOSTER
jfoster@princelobel.com
AARON S. JACOBS (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Telephone: 617-456-8000
Facsimile: 617-456-8100

Attorneys for Plaintiffs
UNILOC USA, INC.
and UNILOC LUXEMBOURG, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al., | Case No. 3:18-cv-00359-WHA |
| Plaintiff(s), | **PLAINTIFFS' UNOPPOSED MOTION TO DISMISS** |
| vs. | |
| LOGITECH, INC., APPLE INC., | |
| Defendant(s). | |

Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively, "Uniloc") filed their Original Complaint on May 26, 2017 (the "Complaint") for infringement of U.S. Patent No. 6,580,422 (the "'422 patent"). Uniloc filed an Amended Complaint on November 17, 2017. Apple Inc. ("Apple") filed an answer to the Amended Complaint on May 30, 2018, but did not assert any counterclaims. *See* Dkt. No. 105. Apple has agreed not to oppose this motion.

For the above reasons, Uniloc asks the Court to enter judgment dismissing this action, without prejudice.

Date:  June 28, 2018                    Respectfully submitted,

*/s/ James J. Foster*_____
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

ATTORNEYS FOR THE PLAINTIFFS


<u>ATTESTATION</u>

The filer of this document attests that he conferred with counsel for defendants.

Defendant's counsel agreed not to oppose this filing.


*/s/ James J. Foster*_____
James J. Foster