**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case Nos.  3:18-cv-00359-WHA <br><br> [PROPOSED] ORDER |

Before the Court is Plaintiffs' Unopposed Motion to Dismiss.  Having considered the Motion, the related briefing and any evidence submitted herewith, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Unopposed Motion to Dismiss is hereby GRANTED.  Any motion for attorney's fees that raises issues relating to the conduct of this case shall be postponed until completion of at least the first round of the expedited summary judgment procedure set forth by the case management order in the related patent infringement actions.

Dated:     June 28    , 2018            By: _____
                                             Honorable William Alsup
                                             United States District Judge